**U.S. DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**MAR 24 2009**

**FILED**

IN RE THE MATTER OF:

_Scott Drohan_
(Petitioner's name)

Case No. _09-mj-26_
(If known)

## REQUEST FOR APPOINTMENT OF COUNSEL

I, _Scott Drohan_
(name)

respectfully request appointment of counsel to represent me as a

☐ grand jury target    ☑ criminal defendant
☐ grand jury witness    ☐ trial witness

☐ other: _____

I am financially unable to hire counsel. A completed Financial Affidavit is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date: _3·24·09_      _____
Signature of Petitioner

---

NOTE FOR GRAND JURY OR WITNESS REPRESENTATION REQUESTS: In order for a request for counsel to be considered by the court, the petitioner must attach either a 1) grand jury target letter, or 2) witness subpoena.

---

### RULING BY JUDICIAL OFFICER

☑ Request Approved. Appoint counsel.

☐ Request Denied.

Date: _3-24-09_      _____
U.S. Magistrate Judge
Dist.

USDCNH-17 (Rev. 5-07) (Previous Editions Obsolete)

4